Abran E. Vigil
Nevada Bar No. 7548
Lindsay Demaree
Nevada Bar No. 11949
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106-4617
Telephone:  702.471.7000
Facsimile:  702.471.7070
vigila@ballardspahr.com
demareel@ballardspahr.com

*Attorneys for Defendant
Discover Bank*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBIN B. WARENSKI, | CASE NO. 2:15-cv-02459-RCJ-CWH |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND TIME FOR DISCOVER BANK TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| BANK OF AMERICA, NATIONAL ASSOCIATION; AMERICA FIRST CREDIT UNION; DISCOVER BANK and EXPERIAN INFORMATION SOLUTIONS, INC., | |
| | (Third Request) |
| Defendants. | |

Defendant Discover Bank's ("Discover") response to plaintiff Robin B. Warenski's complaint currently is due February 19, 2016.  Plaintiff and Discover stipulate and agree that Discover has up to and including March 21, 2016 to respond to plaintiff's complaint, to provide time for the parties to discuss early resolution of the claims asserted against Discover in light of the parties' investigation of plaintiff's claims.

[Continued on following page.]

This request is made in good faith and not for purpose of delay.

Dated: February 18, 2016

| BALLARD SPAHR LLP | HAINES & KRIEGER. |
|---|---|
| By: /s/ Lindsay Demaree<br>Abran E. Vigil<br>Nevada Bar No. 7548<br>Lindsay Demaree<br>Nevada Bar No. 11949<br>100 North City Parkway, Suite 1750<br>Las Vegas, Nevada 89106<br><br>*Attorneys for Defendant*<br>*Discover Bank* | By: /s/ David Krieger<br>David H. Krieger<br>Nevada Bar No. 9086<br>Jennifer Isso<br>Nevada Bar No. 13157<br>8985 S. Eastern Avenue, Suite 130<br>Henderson, Nevada 89123<br>(702) 880-5554<br>dkrieger@hainesandkrieger.com<br><br>*Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: February 19, 2016