David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, Robin B. Warenski*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| Robin B. Warenski, | ) **Case No. 2:15-cv-02459-RCJ-CWH** |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **JOINT MOTION DISMISSING** |
| | ) **ACTION WITH PREJUDICE AS TO** |
| BANK OF AMERICA, NATIONAL | ) **EXPERIAN INFORMATION** |
| ASSOCIATION, AMERICA FIRST | ) **SOLUTIONS, INC. ONLY** |
| CREDIT UNION, DISCOVER BANK | ) |
| AND EXPERIAN INFORMATION | ) |
| SOLUTIONS, INC., | ) |
| Defendants. | ) |

   Plaintiff Robin B. Warenski hereby moves that the above-entitled action

…

…

…

…

…

…

…

Page **1** of **2**

shall be dismissed **with prejudice** in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, EXPERIAN INFORMATION SOLUTIONS, INC.**. Each party shall bear its own attorney's fees, disbursements, and costs of suit.

Dated: July 25, 2016

By:

/s/David H. Krieger, Esq.
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue
Suite 350
Henderson, Nevada 89123
*Attorney for Plaintiff*

By:

/s/Jennifer L. Braster, Esq.
Maupin Naylor Braster
*Attorney for Defendant Experian Information Solutions, Inc.*

## **ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: __August 17, 2016 _____